## Stone *v.* Carter, Appellant (No. 2).

Argued April 17, 1911. Appeal, No. 106, April T., 1911, by defendant, from judgment of C. P. Fayette Co., June T., 1909, No. 597, for plaintiff on case stated in suit of William A. Stone, alias W. A. Stone, v. Charles C. Carter. Before RICE, P. J., HENDERSON, HEAD, BEAVER and PORTER, JJ. Affirmed.

OPINION BY RICE, P. J., October 9, 1911:

It is agreed by counsel that the questions involved in this case are identical with the questions involved in the case of William A. Stone v. Retta E. Carter, ante, p. 236. For the reasons given in the opinion filed in that case, the judgment is affirmed.